UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JDG ENVIRONMENTAL LLC d/b/a ADVANTACLEAN OF OKC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BJ & ASSOCIATES, INC. d/b/a G.A. JONES CONSTRUCTION and THE COVES AT NEWPORT II ASSOCIATION,<br><br>　　　　Defendants. | Civil Action No. 4:22-cv-17 |

## ORDER GRANTING CONSENT MOTION TO STAY PENDING STATE COURT APPEAL

**THIS MATTER** is before the Court upon Plaintiff JDG Environmental LLC d/b/a AdvantaClean of OKC's ("AdvantaClean") Consent Motion to Stay Pending State Court Appeal, and the Court finding good cause exists to grant the Motion and that all parties consent, the Court **ORDERS** as follows:

**IT IS HEREBY ORDERED** that AdvantaClean's Consent Motion to Stay Pending State Court Appeal is **GRANTED** and that this case shall be stayed until further Order of this Court. Within ten (10) days from any ruling from the North Carolina Court of Appeals, AdvantaClean shall file a notice with this Court reflecting the Court of Appeals' decision regarding AdvantaClean's appeal. Further, the parties shall file 90 days from the date of this order, or upon issuance of the Court of Appeals' decision, whichever is earlier, a joint report regarding the status of the underlying state court case.

This the 11th day of April, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge