**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**

| | |
|---|---|
| JDG ENVIRONMENTAL LLC d/b/a ADVANTACLEAN OF OKC, <br><br> Plaintiff, <br><br> v. <br><br> BJ & ASSOCIATES, INC. d/b/a G.A. JONES CONSTRUCTION and THE COVES AT NEWPORT II ASSOCIATION, <br><br> Defendants. | Civil Action No. 4:22-cv-17 |

## ORDER GRANTING MOTION TO DISMISS ACTION WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff JDG Environmental LLC d/b/a AdvantaClean of OKC's ("AdvantaClean") Motion to Dismiss Action Without Prejudice, and the Court, finding good cause exists to grant the Motion and that all parties consent, **ORDERS** as follows:

**IT IS HEREBY ORDERED** that the Motion to Dismiss Action <u>Without Prejudice</u> is **GRANTED**, and this action is hereby dismissed without prejudice. This dismissal is meant to have no prejudice to and no effect on AdvantaClean's claims in *JDG Environmental LLC d/b/a AdvantaClean of OKC v. BJ & Associates, Inc., d/b/a G.A. Jones Construction et ux,* 20-CVS-436, pending in the Carteret County Superior Court of the North Carolina General Court of Justice.

This the 20th day of June, 2024.

IT IS SO ORDERED:

_Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge